**Order filed July 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00338-CV
_____

### ASHLEY COE, Appellant

### V.

### SIENNA FINANCIAL SERVICES, LLC, Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2017-18655**

---

## O R D E R

The clerk's record was filed June 19, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain any request for a reporter's record, including any statement of points or issues under Rule 34.6(c).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **July 18, 2019**, containing any request for a reporter's record, including any statement of points or issues under Rule 34.6(c).

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM